**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1950**

DONNA SABOL,

        Plaintiff - Appellant,

    v.

HEALTHEXTRAS, INCORPORATED,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (5:08-cv-00198-F)

Submitted: September 9, 2010      Decided: October 1, 2010

Before KING, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron C. Hemmings, HEMMINGS & STEVENS, PLLC, Raleigh, North Carolina, for Appellant. Christopher J. Blake, Leslie Lane Mize, NELSON, MULLINS, RILEY & SCARBOROUGH, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Sabol appeals the district court's order in her civil action granting HealthExtras, Incorporation's motion to dismiss under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sabol v. HealthExtras, Inc.</u>, No. 5:08-cv-00198-E (E.D.N.C. July 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2